No. 92–532. ARIZONA v. BARTLETT. Sup. Ct. Ariz. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 92–5270. DICKERSON v. RYAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL. C. A. 3d Cir. Certiorari denied. JUSTICE BLACKMUN would grant certiorari.

No. 91–1891. KING v. JAMES ET AL., *ante*, p. 821;

No. 91–7872. MUHAMMAD v. UNITED STATES, *ante*, p. 833;

No. 91–7975. IN RE LIFFITON, *ante*, p. 812;

No. 91–8266. LYLE v. MICHIGAN DEPARTMENT OF CORRECTIONS, *ante*, p. 837;

No. 91–8414. BROWN v. BROWN ET AL., *ante*, p. 842;

No. 91–8545. SUEING v. BROWN, DIRECTOR, MICHIGAN DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 847;

No. 91–8699. CLAUSEN v. ANNICH ET AL., *ante*, p. 856;

No. 92–45. STONEHILL ET UX. v. UNITED STATES, *ante*, p. 862;

No. 92–113. RAMIREZ v. TEXAS, *ante*, p. 866;

No. 92–364. PLEMONS v. UNITED STATES, *ante*, p. 874;

No. 92–5034. IN RE ESTES, *ante*, p. 812;

No. 92–5204. YATES v. GARNER ET AL., *ante*, p. 885;

No. 92–5388. WILLIAMS v. UNITED STATES, *ante*, p. 894;

No. 92–5465. MANWANI v. SCHONZEIT ET AL., *ante*, p. 898;

No. 92–5466. MULAZIM v. REDMAN, WARDEN, *ante*, p. 898; and

No. 92–5591. TAYLOR v. BARBER ET AL., *ante*, p. 923. Petitions for rehearing denied.

No. 92–353. GAMBOCZ v. McCALLUM ET AL., *ante*, p. 918. Motion of petitioner for leave to proceed further herein *in forma pauperis* granted. Petition for rehearing denied.

No. 92–5556. OMOIKE v. COCA-COLA BOTTLING CO., *ante*, p. 934. Petition for rehearing denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

NOVEMBER 18, 1992

No. 92–6391 (A–341). GRIFFIN v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented